UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF INTENT TO** |
| v. | **FILE AN INFORMATION** |
| CALEB SUH, | |
| Defendant. | |

26 cr 283

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
      May 4, 2026

                    JAY CLAYTON
                    United States Attorney


By:     __/s/_____
          Ryan W. Allison
          Assistant United States Attorney


          AGREED AND CONSENTED TO:


By:     /s/_____
          Thomas A. Kenniff, Esq.
          Attorney for Caleb Suh