UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CALEB SUH,

Defendant.

**INFORMATION**

26 Cr. 283 (PMH)

## COUNT ONE
### (Assault Within Maritime and Territorial Jurisdiction)

The United States Attorney charges:

1.  On or about February 4, 2022, in the Southern District of New York and elsewhere, CALEB SUH, the defendant, knowingly, within the special maritime and territorial jurisdiction of the United States, assaulted an intimate partner and a dating partner, resulting in substantial bodily injury, to wit, in a dormitory room at the U.S. Military Academy in West Point, New York, SUH, then-a West Point cadet, incapacitated his pregnant girlfriend ("Victim-1") and, without her knowledge and consent, administered medication to her to induce an abortion, which ended Victim-1's pregnancy and caused her to become ill, to suffer extreme pain and emotional trauma, and to suffer a temporary but substantial loss and impairment of the function of her bodily organs.

(Title 18, United States Code, Section 113(a)(7).)

_JAY CLAYTON_
JAY CLAYTON
United States Attorney