Court Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CALEB SUH,

Defendant.

**WAIVER OF INDICTMENT**

26 Cr. 283 ）

The above-named defendant, who is accused of violating Title 18, United States Code, Section 113(a)(7), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Caleb Suh
Defendant

_____
Thomas A. Kenniff, Esq.
Attorney for Defendant

Dated: White Plains, New York
       June 12           , 2026