raiser kenniff & lonstein

ATTORNEYS AT LAW

**ATTORNEYS**

**Steven M. Raiser**
SCOTUS | NY | NDNY, EDNY, SDNY
**Thomas A. Kenniff**
NY | NDNY, EDNY, SDNY
**Alexander Z. Lonstein**
NY, NJ, DC, AK | NDNY, SDNY, EDNY, WDNY, DNJ
**Douglas Reda**
NY
**Alex Mardirossian**
CA | CDCA, SDCA
**Teni Amadian**
CA | CDCA, SDCA

**PRIMARY OFFICE**

666 Old Country Rd.
Suite 509A
Garden City, NY 11530
(212) 274-0090

**OF COUNSEL**

**Amanda Wood**
NY | EDNY, SDNY
**Anthony Falcone**
NY
**Daniela Jampel**
NY
**Jason Leibowitz**
NY, NJ
**Julie C. Lonstein**
NY
**Robert Austrian**
NY, PA
**Wayne D. Lonstein**
NY, NJ, PA, MA

August 28th, 2026

**VIA ECF**

The Honorable Judge Halpern
United States District Court
Southern District of New York

**Re: United States v. Caleb T. Suh**
**Docket No. 7:26CR00283-001**

Dear Judge Halpern:

I represent the Defendant, Caleb T. Suh, in the above-referenced matter. I write to notify the Court that Mr. Suh will be relocating permanently to New York on September 6th, 2026.

Mr. Suh has been admitted to Columbia University's Mailman School of Public Health and will matriculate this fall in the Master of Public Health program. Mr. Suh's proof of matriculation and signed lease agreement can be provided in support of this notice at the Court's request.

Mr. Suh has notified pre-trial services as well as Ms. Nicole Andrews, his supervising officer in Virginia, of the relocation. Ms. Andrews is tracking the move, and the appropriate offices will coordinate as necessary regarding the transfer of supervision.

We will promptly provide anything further needed should it be requested by this Court. Thank you for your consideration.

Respectfully submitted,

**/s/THOMAS A. KENNIFF**

RAISER, KENNIFF, & LONSTIEN, P.C.
Attorneys for Caleb T. Suh

Kb/TK
cc: AUSA Marcia Sue Cohen (via ECF)