raiser kenniff & lonstein

ATTORNEYS AT LAW

ATTORNEYS

Steven M. Raiser
SCOTUS | NY | NDNY, EDNY, SDNY
Thomas A. Kenniff
NY | NDNY, EDNY, SDNY
Alexander Z. Lonstein
NY, NJ, DC, AK | NDNY, SDNY, EDNY, WDNY, DNJ, DDC
Douglas Reda
NY
Alex Mardirossian
CA | CDCA, SDCA
Teni Amadian
CA | CDCA, SDCA

99 Park Ave, Suite 1530
New York, NY 10016

(212) 274-0090

OF COUNSEL

Amanda Wood
NY | EDNY, SDNY
Anthony Falcone
NY
Daniela Jampel
NY
Julie C. Lonstein
NY
Robert Austrian
NY, PA
Wayne D. Lonstein
NY, NJ, PA, MA

October 13th, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street,
White Plains, New York 10601

**Re:** *United States v. Caleb Suh*
Docket No. 26-CR-283 (PMH)

Dear Judge Halpern:

Our office represents Caleb Suh (hereinafter referred to as "Mr. Suh"), Defendant in the above-captioned matter. We respectfully write to request an adjournment of Mr. Suh's sentencing, currently scheduled for November 12th, 2026, to a date in January 2027, or to such other date as is convenient for the Court.

Mr. Suh has been accepted into the Fall class of the Focus Forward Project, a three-month federal reentry program. Mr. Suh is doing quite well in the program, which is expected to continue through December. An adjournment would allow Mr. Suh to complete the program and would enable the parties to provide the Court with information concerning his successful completion at the time of sentencing.

In addition, Mr. Suh received a scholarship to attend a master's degree program at Columbia University, which he began during the Fall 2026 semester. An adjournment would permit Mr. Suh to complete the semester before appearing for sentencing. Furthermore, the Government does not oppose this request, and the application is made on consent.

We thank the Court for its consideration. Should the Court have any questions, please do not hesitate to contact us.

Very truly yours,

/s/ Thomas A. Kenniff

Thomas A. Kenniff
Attorney for Defendant Caleb Suh

CC: Marcia S. Cohen, Esq.
Ryan Allison, Esq.
Jill Spitalieri, USPO Specialist (via ECF or email, as appropriate)